## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Daniel H. Haus and Jacalyn Haus, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Albert R. Ginn, Jr., | ) Case No. 1:06-cv-089 |
| Defendant/Couterclaim Plaintiff, | ) |
| vs. | ) |
| Daniel Haus and Twin City Tire Company dba Avis-Rent-A-Car, | ) |
| Counterclaim Defendants. | ) |
| | ) **ORDER OF CONSOLIDATION** |
| Albert R. Ginn, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Twin City Tire Company dba Avis-Rent-A-Car, | ) Case No. 1:07-cv-005 |
| Defendant. | ) |

On February 22, 2007, the court convened a scheduling conference in Case No. 1:06-cv-089. During the conference the parties requested that this case be consolidated for all purposes with Case No. 1:07-cv-005.

Rule 42 of the Federal Rules of Civil Procedure allows for the consolidation of actions involving common questions of law or fact pending before the Court. Having reviewed the

1

respective complaints, the court finds that common questions of law and fact exist so as to warrant consolidation. Further, a consolidation of the above-entitled actions would provide for the best use of judicial resources. Accordingly, the court **GRANTS** the parties' request and **ORDERS** that Case Nos. 1:06-cv-089 and 1:07-cv-005 shall in all respects be **CONSOLIDATED**. Case No. 1:06-cv-089 shall be designated the lead file and all future filings shall be made in that file.

Dated this 22nd day of February, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge