# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Daniel H. Haus and Jacalyn Haus, )<br> )<br>     Plaintiffs, )<br> )<br> vs. )<br> )<br>Albert R. Ginn, Jr., )<br> )<br>   Defendant/Counterclaim Plaintiff, )<br> )<br> vs. )<br> )<br>Daniel H. Haus and Twin City Tire )<br>Company d/b/a Avis Rent-A-Car, )<br> )<br>   Counterclaim Defendants. ) | **ORDER OF DISMISSAL**<br><br>Case No. 1:06-cv-089 |

  Before the Court is a "Rule 41(a)(1) Stipulation of Dismissal With Prejudice" filed on February 20, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 25) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

  **IT IS SO ORDERED.**

  Dated this 21st day of February, 2008.

                    */s/ Daniel L. Hovland*
                    Daniel L. Hovland, Chief Judge
                    United States District Court